AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                                    **CRIMINAL COMPLAINT**

**ADRIANA PRMITIVA AREVALO TORRES**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge

and belief.  On or about __**MARCH  1, 2006**__ in __WASHINGTON__ county, in the _____ District of

__COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**knowingly possess documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is, a non-immigrant visa application, knowing said documents to be altered.**

in violation of Title ___18___ United States Code, Section(s) ___1546(a)___ .

I further state that I am __**SPECIAL AGENT JASON T. MEIXNER**__ , and that this complaint is

based on the following facts:

**SEE ATTACHED AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

Continued on the attached sheet and made a part hereof:          ☒ Yes   ☐ No

_____
Signature of Complainant
**S/A JASON T. MEIXNER**
**UNITED STATES DEPARTMENT OF STATE**
**DIPLOMATIC SECURITY SERVICE**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C._____
**Date**                                                      City and State

_____          _____
**Name & Title of Judicial Officer**                    **Signature of Judicial Officer**