UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **MAGISTRATE NO.** |
| | : | |
| | : | |
| v. | : | **(UNDER SEAL)** |
| | : | |
| **ADRIANA PRIMITIVA AREVALO** | : | |
| **TORRES,** | : | |
| also known as **ADRIANA GARCIA** | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER TO SEAL

Having considered the Government's Motion for an Order to Seal the information, complaint, affidavit in support of arrest warrant and complaint, and the government's motion for an order to seal, and having found that sealing the requested documents in the above-captioned matter will further the legitimate prosecurtorial and public interest in preserving the integrity of an ongoing investigation, and having therefore concluded that there is compelling governmental interest in sealing the request documents in this matter, the Motion is HEREBY GRANTED.

Accordingly, it is HEREBY ORDERED that the information, complaint, and affidavit in support of arrest warrant and complaint, in the above-captioned matter, be sealed by the Clerk of the Court until further order of this Court, except that the United States and its agents may disclose the existence and/or contents of the sealed docuements in the above-captioned matter to any person, including governmental personnel or agents and law enforcement officials in this country, in Colombia, and in any other country, to further the investigation and locate and obtain custody of the defendant; and it is

HEREBY FURTHER ORDERED that the Government's Motion to Seal and this Order be sealed until futher order of this Court; and it is

HEREBY FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office three certified copies of the sealed documents upon request.

Date: _____   _____
UNITED STATES MAGISTRATE JUDGE